# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

v.

**ROGER KENT BAUGH**

**Defendant.**

**CRIMINAL NO.**

**VIOLATIONS:**
**18 U.S.C. § 231(a)(3) (Civil Disorders)**

## CRIMINAL INFORMATION- COUNT ONE

The United States Attorney charges that:

## COUNT ONE

On or about January 6, 2021, within the District of Columbia, **Roger Kent Baugh**, committed and attempted to commit an act to obstruct, impede, and interfere with law enforcement officers, that is, officers of the Metropolitan Police Department and officers of the U.S. Capitol Police, who were lawfully engaged in the lawful performance of their official duties incident to and during the commission of a civil disorder which in any way and degree obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce and the conduct and performance of any federally protected function.

**(Civil Disorder**, in violation of Title 18, United States Code, Section 231(a)(3))

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By: _____
Tejpal S. Chawla
D.C. Bar No. 464012
Assistant United States Attorney
National Security Section
United States Attorney's Office
555 4th Street, N.W., 11th Floor
Washington, D.C. 20530