UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 22-cr-313 (JEB) |
| | : | |
| ROGER KENT BAUGH, | : | |
| | : | |
| Defendant. | : | |

## UNOPPOSED MOTION FOR BOOKING ORDER

The United States of America hereby respectfully moves the Court for the entry of a booking order so that the Defendant can be properly processed by the U.S. Capitol Police and the U.S. Marshalls Service. The United States is authorized to represent to the Court that the Defendant does not oppose this motion or the entry of the attached booking order.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

BY:               /S/
Tejpal S. Chawla
D.C. Bar No. 464012
Assistant United States Attorney
National Security Section
U.S. Attorney's Office
601 D Street, N.W., 5th Floor
Washington, D.C. 20530
Office: 202-252-7280
Tejpal.Chawla@usdoj.gov