U.S. Department of Justice
United States Attorneys

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA :

V. : Case No. 22-CR-313 (JEB)

:

**Roger Kent Baugh** :

## ORDER

1. Upon a representation by the United States that the defendant has never been subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is the  10th  day of November, 2022  ORDERED:

3. That if the defendant is released on bond, that he or she be accompanied, on November 19, 2022, with U.S. Capitol Police Special Agent Richard Larity, and an FBI Special Agent designated by Special Agent Larity to the United States Marshal's Office in Louisville, KY, and to the Louisville Metro Police Department for "routine processing," and that this be a condition of being released on bond:

4. That if the defendant is not released on bond, the United States Marshall shall release the defendant to the custody of U.S.C.P. Special Agent Richard Larity in the District of Columbia for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge James E. Boasberg

DOJ USA-16-80

COURT