UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

         **v.**                       Case No. 22-cr-00313

ROGER KENT BAUGH

### ENTRY OF APPEARANCE

To the Clerk of the Court:

    Please enter my appearance as appointed counsel in this case on behalf of Mr. Baugh effective September 21, 2022.

                       Respectfully submitted,

                       /s/ *Richard S. Stern*
                       _____
                       RICHARD S. STERN
                       DC Bar No. 205377
                       932 Hungerford Drive
                       Suite 37A
                       Rockville, MD 20850
                       301-340-8000
                       Attorney for Mr. Jones
                       Email: rssjrg@rcn.com

### CERTIFICATE OF SERVICE

    I hereby electronically served all parties in this case on December 16, 2022.

                       /s/ *Richard S. Stern*
                       _____
                       RICHARD S. STERN

1